# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

FILED

SEP 17 2012

CLERK, U.S. DISTRICT COURT
RICHMOND, VA

UNITED STATES OF AMERICA

V.                                                    CASE NO. 3:12CR00116-001

MATTHEW WYATT TAYLOR

## O R D E R
### (Adopting the Report and Recommendation of the United States Magistrate Judge)

This matter is before the Court on a Report and Recommendation ("R&R") pursuant to

28 U.S.C. § 636(b)(1)(B) and (b)(3), filed by the Honorable M. Hannah Lauck, United States

Magistrate Judge ("Magistrate Judge"), on August 30, 2012. Having reviewed the R&R in this

case and there being no objections, this Court HEREBY ACCEPTS and ADOPTS the R&R.

In accordance with the R&R, the Court HEREBY ACCEPTS the defendant's guilty plea made

pursuant to Fed. R. Crim Pro. 11.

The Clerk is directed to send a copy of this Order to all counsel of record.

And it is so Ordered.

/s/
Henry E. Hudson
United States District Judge

Date: Sept 17 2012
Richmond, VA